**Order entered September 2, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01178-CR

### GEORGE GUO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00090-M**

## ORDER

Before the Court is appellant's August 31, 2020 fourth motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant to file his brief by October 1, 2020.

/s/    BILL PEDERSEN, III
         JUSTICE